UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **NETLIST INC.,**<br><br>    Plaintiff,<br><br>    v.<br><br>**MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC,**<br><br>    Defendants. | **Civil Action No. 1:22-cv-00134-LY**<br>**Civil Action No. 1:22-cv-00136-LY** |

## ORDER GRANTING DEFENDANTS' MOTION

## TO STAY PENDING *INTER PARTES* REVIEW OF THE ASSERTED PATENTS

Before the Court is the Motion to Stay Pending *Inter Partes* Review of the Asserted Patents filed by Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC ("Micron" or "Defendants"). Having considered the merits and arguments therein, the Court hereby **GRANTS** Micron's Motion. It is therefore **ORDERED** that all deadlines in the above-captioned matters are hereby **STAYED** through the final written decisions of IPR2022-00236, IPR2022-00237, IPR2022-00418, IPR2022-00744, and IPR2022-00745, and all subsequent appeals of said written decisions.

ORDERED this _____ day of _____, 2022.

_____
HON. LEE YEAKEL
UNITED STATES DISTRICT JUDGE