IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Civil Action No. 1:22-cv-00134-LY <br> Civil Action No. 1:22-cv-00136-LY <br><br> **JURY TRIAL DEMANDED** |

FILED
APR 6 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## ORDER

Before the Court is the Plaintiff's Unopposed Motion to Fix Deadline for Response. After considering the same, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED that the deadline for Plaintiff to file a Response to Defendants' Motion to Stay Pending *Inter Partes* Review of the Asserted Patents (DE 58 in the -134 cause of action and DE 59 in the -136 cause of action) is fixed at April 19, 2022, and the deadline for Defendants' Reply is fixed at April 26, 2022.

SIGNED THIS 6th day of April, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE