IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC,<br><br>    Defendants. | Civil Action No. 1:22-cv-00134-LY<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC,<br><br>    Defendants. | Civil Action No. 1:22-cv-00136-LY<br><br>**JURY TRIAL DEMANDED** |

**JOINT STATUS REPORT ON THE *INTER PARTES* REVIEWS**

Pursuant to the Court's Order staying the cases (Dkt. Nos. 68 and 69) and requesting a status report on *inter partes* review proceedings IPR2022-00236, IPR2022-00237, IPR2022-00418, IPR2022-00744, and IPR2022-00745, Plaintiff Netlist, Inc. ("Netlist" or "Plaintiff") and Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively, "Micron" or "Defendants") file this Joint Status Report on the *Inter Partes* reviews and inform the Court as follows:

2

To date, the Patent Trial and Appeal Board has not yet taken any action related to any of the above-numbered IPR proceedings or issued any decisions regarding institution of such proceedings.

| | |
|---|---|
| Dated:  June 13, 2022 | Respectfully Submitted, |
| | |
| /s/ Ryan A. Hargrave | /s/ Michael R. Rueckheim (with permission) |
| Paul J. Skiermont (TX Bar No. 24033073) | Thomas M. Melsheimer |
| Steven Hartsell (TX Bar No. 24040199) | State Bar No. 13922550 |
| Jaime Olin (TX Bar No. 24070363) | TMelsheimer@winston.com |
| Ryan A. Hargrave (TX Bar No. 24071516) | Natalie Arbaugh |
| Michael D. Ricketts (TX Bar No. 24079208) | State Bar No. 24033378 |
| SKIERMONT DERBY LLP | NArbaugh@winston.com |
| 1601 Elm St., Ste. 4400 | WINSTON & STRAWN LLP |
| Dallas, TX 75201 | 2121 N. Pearl Street, Suite 900 |
| Phone: (214) 978-6600 | Dallas, TX 75201 |
| Fax: (214) 978-6601 | Telephone: (214) 453-6500 |
| pskiermont@skiermontderby.com | Facsimile: (214) 453-6400 |
| shartsell@skiermontderby.com | |
| jolin@skiermontderby.com | Michael R. Rueckheim |
| rhargrave@skiermontderby.com | State Bar No. 24081129 |
| mricketts@skiermontderby.com | MRueckheim@winston.com |
| | WINSTON & STRAWN LLP |
| Rex Hwang (CA Bar No. 221079) | 255 Shoreline Dr., Suite 520 |
| SKIERMONT DERBY LLP | Redwood City, CA 94065 |
| 800 Wilshire Blvd., Ste. 1450 | Telephone: (650) 858-6500 |
| Los Angeles, CA 90017 | Facsimile: (650) 858-6559 |
| Phone: (213) 788-4500 | |
| Fax: (213) 788-4545 | Matthew Hopkins |
| rhwang@skiermontderby.com | *Pro Hac Vice* |
| | State Bar No. 1500598 |
| J. Stephen Ravel (TX Bar No. 16584975) | mhopkins@winston.com |
| Kelly Ransom (TX Bar No. 24109427) | WINSTON & STRAWN LLP |
| KELLY HART & HALLMAN LLP | 1901 L Street, N.W. |
| 303 Colorado, Suite 2000 | Washington, DC 20036 |
| Austin, Texas 78701 | Telephone: (202) 282-5000 |
| Tel: (512) 495-6429 | Facsimile: (202) 282-5100 |
| steve.ravel@kellyhart.com | |
| kelly.ransom@kellyhart.com | Juan C. Yaquian |
| | State Bar No. 24110559 |
| *Attorneys for Plaintiff* | JYaquian@winston.com |
| Netlist, Inc. | WINSTON & STRAWN LLP |
| | 800 Capital Street, Suite 2400 |
| | Houston, TX 77002 |
| | Telephone: (713) 651-2600 |
| | Facsimile: (713) 651-2700 |
| | *Attorneys for Defendants* |

                                                Micron Technology, Inc.; Micron Semiconductor Products, Inc.; and Micron Technology Texas, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2022, counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Ryan A. Hargrave