UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC,<br><br>　　　　Defendants. | Civil Action No. 1:22-CV-00136-LY<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO TEMPORARILY LIFT STAY AND MOTION FOR LEAVE TO FILE AN AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS

　　Before the Court is Defendants' Defendants' unopposed motion for extension of time to reply to Plaintiff's response to Defendants' motion to temporarily lift stay and motion for leave to file an amended answer, affirmative defenses, and counterclaims . After considering the same, the Court is of the opinion that the Motion should be GRANTED.

　　So ORDERED and SIGNED this ___ day of September, 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THE HONORABLE LEE YEAKEL
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1