IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| Plaintiff, | § § § | |
| v. | § | 1:23-CV-136-DII |
| MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC, | § § § § § § | |
| Defendants. | § § | |

## ORDER

The Court stayed this case pending *inter partes* review on May 11, 2022. (Dkt. 69). The parties last filed a joint status report on November 6, 2023. (Dkt. 84).

The parties are **ORDERED** to file a joint status report on or before **February 21, 2024**.

The parties are **FURTHER ORDERED** to file status reports every 90 days thereafter to keep the Court apprised of the progress of *inter partes* review and any other relevant matters.

**SIGNED** on February 7, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE