IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | 1:22-CV-136-RP |
| | § | |
| MICRON TECHNOLOGY, INC., et al., | § | |
| | § | |
| Defendants/Counter-Plaintiffs. | § | |

**ORDER**

On May 11, 2022, the Court stayed this case pending *inter partes* review ("IPR"). (Dkt. 69). On February 7, 2024, the Court entered an order requiring the parties to file status reports every 90 days to keep the Court apprised of the progress of the IPR and any other relevant matters. (Dkt. 85). The Court reiterated the requirement for quarterly status reports in its order denying Netlist's motion to lift stay. (Dkt. 95). The parties have complied and filed several quarterly status reports. However, the last status report was filed on March 20, 2025, (Dkt. 99)—more than 90 days ago.

Accordingly, the parties are **ORDERED** to file a joint status report on or before **August 5, 2025**, on the status of the IPRs, appeals, and any other relevant matters. The parties are reminded that they must file a joint status report on a quarterly basis, until the IPRs and appeals are completed.

**SIGNED** on July 29, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE