IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC,<br><br>        Defendants. | Civil Action No. 1:22-cv-00136-RP<br><br>**JURY TRIAL DEMANDED** |

**JOINT STATUS REPORT**

Pursuant to this Court's Order dated July 29, 2025 (Dkt. 100), Plaintiff Netlist, Inc. ("Plaintiff") and Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively, "Defendants") hereby submit the following joint status report regarding pending inter partes review proceedings relating to the Patents-in-Suit:

**I.**     **U.S. PATENT NO. 9,824,035 (PTAB CASE NO. IPR2022-00236)**
       *(FINAL WRITTEN DECISION ISSUED)*

- On December 23, 2021, Defendants filed a Petition for *Inter Partes* Review of U.S. Patent No. 9,824,035.

- On July 19, 2022, the Board granted the Petition and trial was instituted.

- On October 11, 2022, Plaintiff submitted its Patent Owner's Response.

- On January 17, 2023, Defendants submitted their Reply to Patent Owner's Response.

- On February 28, 2023, Plaintiff submitted its Sur-Reply to Defendants Reply to Patent Owner's Response.

- On April 19, 2023, an Oral Argument for the proceeding commenced.

- On June 20, 2023, the Board issued its Final Written Decision affirming validity of claims 2, 6, and 22, and finding claims 1, 10-13, and 21 invalid.

- On July 20, 2023, Defendants filed a request for rehearing and on August 16, 2023, the Board granted the request and found claim 22 invalid. Following the rehearing, the validity of claims 2 and 6 was confirmed, and claims 1, 10-13, 21, and 22 were held invalid.

## II. U.S. PATENT NO. 10,268,608

### A. DEFENDANTS' FIRST IPR (PTAB CASE NO. IPR2022-00237) (*INSTITUTION DENIED*)

- On December 23, 2021, Defendants filed a Petition for *Inter Partes* Review of U.S. Patent No. 10,268,608.

- On July 19, 2022, the Board denied the Petition, and no trial was instituted.

- On August 12, 2022, the Defendants filed a request for rehearing and on September 16, 2022, the Board denied the request.

### B. SAMSUNG'S IPR (PTAB CASE NO. IPR2023-00847) (*FINAL WRITTEN DECISION ISSUED – APPEAL PENDING*)

- On April 27, 2023, Samsung Electronics Co., Ltd. filed a Petition for *Inter Partes* Review of U.S. Patent No. 10,268,608.

- On December 12, 2023, the Board granted the Petition and trial was instituted.

- On September 5, 2024, the Board heard oral argument.

- On December 10, 2024, the Board issued a Final Written Decision determining no challenged claims unpatentable.

- The Federal Circuit docketed Samsung's appeal in CAFC Case No. 25-1378.

- Briefing is complete, and the appeal awaits oral argument.

### C. DEFENDANTS' SECOND IPR (PTAB CASE NO. IPR2024-00370) (*INSTITUTION DENIED*)

- On January 10, 2024, Defendants filed a Petition for *Inter Partes* Review of U.S. Patent No. 10,268,608.  The IPR is substantially similar to Samsung's IPR2023-00847.

- On January 10, 2024, Defendants also filed a Motion for Joinder to Samsung's IPR2023-00847.

- On July 23, 2024, the Board denied Defendants' IPR Petition and Motion for Joinder to Samsung's IPR2023-00847.

- On August 21, 2024, Defendants filed a Request for Director Review of the Board's decision, which was denied on October 8, 2024.

### D. *EX PARTE* REEXAMINATION APPLICATION NO. 90/015,449

- On August 14, 2025, a request for *Ex Parte* reexamination of U.S. Patent No. 10,268,608 was filed.

- On August 26, 2025, the Patent Office issued a Notice of Reexamination Request Filing Date assigning an 8/22/2025 filing date and identifying that a "decision on the request for reexamination will be mailed within three months from the filing date of the request for reexamination. (See 37 CFR 1.515(a))."

## III. U.S. PATENT NO. 10,489,314 (PTAB CASE NOS. IPR2022-00744 AND IPR2022-00745) *(FINAL WRITTEN DECISIONS ISSUED – APPEAL PENDING)*

- On March 30, 2022, Defendants filed two Petitions for *Inter Partes* Review of U.S. Patent No. 10,489,314.

- On November 1, 2022, the Board granted the Petitions and trial was instituted.

- On February 7, 2023, Plaintiff submitted its Patent Owner's Response.

- On May 5, 2023, Defendants submitted their Reply to Patent Owner's Response.

- On June 16, 2023, Plaintiff submitted its Sur-Reply to Defendants Reply to Patent Owner's Response.

- On August 15, 2023, Oral Argument for the proceedings was held.

- On October 30, 2023, the Board issued two Final Written Decisions determining no challenged claims unpatentable in either of the IPR proceedings.

- The Federal Circuit docketed Micron's appeal in consolidated CAFC Case Nos. 24-1312 (Lead) and 24-1313.

- Briefing is complete, and the appeal is scheduled for oral argument on December 1, 2025.

Dated: October 24, 2025                              Respectfully Submitted,

*/s/ Michael Harbour*                                */s/ Michael R. Rueckheim*
Kelly Ransom                                         Thomas M. Melsheimer
State Bar No. 24109427                               State Bar No. 13922550
KELLY HART HALLMAN LLP                               TMelsheimer@winston.com
303 Colorado, Suite 2000                             Natalie Arbaugh

Austin, TX 78701  
(512) 495-6400  
kelly.ransom@kellyhart.com  

Michael Harbour (*pro hac vice*)  
mharbour@irell.com  
IRELL & MANELLA LLP  
1800 Avenue of the Stars, Suite 900  
Los Angeles, CA 90067  
Tel. (310) 277-1010  

Philip Warrick (*pro hac vice*)  
pwarrick@irell.com  
IRELL & MANELLA LLP  
750 17th Street NW  
Suite 850  
Washington, DC 20006  
Tel. (202) 777-6500  

***Attorneys for Plaintiff***  
***Netlist, Inc.***  

State Bar No. 24033378  
NArbaugh@winston.com  
WINSTON & STRAWN LLP  
2121 N. Pearl Street, Suite 900  
Dallas, TX 75201  
Telephone: (214) 453-6500  
Facsimile: (214) 453-6400  

Michael R. Rueckheim  
State Bar No. 24081129  
MRueckheim@winston.com  
WINSTON & STRAWN LLP  
255 Shoreline Drive, Suite 520  
Redwood City, CA 94065  
Telephone: (650) 858-6500  
Facsimile: (650) 858-6559  

Matthew Hopkins  
*Pro Hac Vice*  
State Bar No. 1500598  
MHopkins@winston.com  
WINSTON & STRAWN LLP  
1901 L Street, N.W.  
Washington, D.C. 20036-3506  
Telephone: (202) 282-5000  
Facsimile: (202) 282-5100  

Juan C. Yaquian  
*Pro Hac Vice*  
State Bar No. 24110559  
JYaquian@winston.com  
WINSTON & STRAWN LLP  
800 Capital Street, Suite 2400  
Houston, TX 77002-2925  
Telephone: (713) 651-2600  
Facsimile: (713) 651-2700  

***Attorneys for Defendants***  
***Micron Technology, Inc.,***  
***Micron Semiconductor Products,***  
***Inc., and Micron Technology Texas,***  
***LLC***

Case 1:22-cv-00136-RP   Document 102   Filed 10/24/25   Page 5 of 5

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on the 24th day of October 2025.

*/s/ Michael R. Rueckheim*
Michael R. Rueckheim