**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |
|---|---|
| NETLIST, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON<br>SEMICONDUCTOR PRODUCTS, INC., and<br>MICRON TECHNOLOGY TEXAS LLC,<br><br>          Defendants. | Civil Action No. 1:22-cv-00136-RP<br><br>**JURY TRIAL DEMANDED** |

**JOINT STATUS REPORT**

Pursuant to this Court's Order dated July 29, 2025 (Dkt. 100), Plaintiff Netlist, Inc.

("Plaintiff") and Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron

Technology Texas LLC (collectively, "Defendants") hereby submit the following joint status

report regarding pending inter partes review proceedings relating to the Patents-in-Suit:

I.    **U.S. PATENT NO. 9,824,035**

   A.    **DEFENDANTS' IPR (PTAB CASE NO. IPR2022-00236) (*FINAL WRITTEN DECISION ISSUED*)**

- On December 23, 2021, Defendants filed a Petition for *Inter Partes* Review of U.S. Patent No. 9,824,035.

- On July 19, 2022, the Board granted the Petition and trial was instituted.

- On October 11, 2022, Plaintiff submitted its Patent Owner's Response.

- On January 17, 2023, Defendants submitted their Reply to Patent Owner's Response.

- On February 28, 2023, Plaintiff submitted its Sur-Reply to Defendants Reply to Patent Owner's Response.

- On April 19, 2023, an Oral Argument for the proceeding commenced.

- On June 20, 2023, the Board issued its Final Written Decision affirming validity of claims 2, 6, and 22, and finding claims 1, 10-13, and 21 invalid.

- On July 20, 2023, Defendants filed a request for rehearing and on August 16, 2023, the Board granted the request and found claim 22 invalid. Following the rehearing, the validity of claims 2 and 6 was confirmed, and claims 1, 10-13, 21, and 22 were held invalid.

B.    **SAMSUNG'S IPR (PTAB CASE NO. IPR2026-00017) (*INSTITUTION DENIED*)**

- On October 27, 2025, Samsung Electronics Co., Ltd. filed a Petition for *Inter Partes* Review of U.S. Patent No. 9,824,035 challenging claims 2-9 and 14-20.

- On December 29, 2025, Netlist filed a "Brief on Discretionary Denial."

- On February 24, 2026 the Patent Office Director exercised his discretion to deny institution.

C.    **SAMSUNG'S *EX PARTE* REEXAMINATION (APPLICATION NO. 90/016,022) (*REEXAMINATION GRANTED*)**

- On March 3, 2026, Samsung Electronics Co., Ltd filed a request for *Ex Parte* reexamination of U.S. Patent No. 9,824,035 challenging claims 8 and 15-16.

- On April 24, 2026, the Patent Office determined that a "substantial new question of patentability" was demonstrated and granted reexamination.

II.    **U.S. PATENT NO. 10,268,608**

A.    **DEFENDANTS' FIRST IPR (PTAB CASE NO. IPR2022-00237) (*INSTITUTION DENIED*)**

- On December 23, 2021, Defendants filed a Petition for *Inter Partes* Review of U.S. Patent No. 10,268,608.

- On July 19, 2022, the Board denied the Petition, and no trial was instituted.

- On August 12, 2022, the Defendants filed a request for rehearing and on September 16, 2022, the Board denied the request.

B.    **SAMSUNG'S IPR (PTAB CASE NO. IPR2023-00847) (*FINAL WRITTEN DECISION ISSUED*)**

- On April 27, 2023, Samsung Electronics Co., Ltd. filed a Petition for *Inter Partes* Review of U.S. Patent No. 10,268,608.

- On December 12, 2023, the Board granted the Petition and trial was instituted.

- On September 5, 2024, the Board heard oral argument.

- On December 10, 2024, the Board issued a Final Written Decision determining no challenged claims unpatentable.

- On January 21, 2025, the Federal Circuit docketed Samsung's appeal in CAFC Case No. 25-1378.

- On December 9, 2025, the Federal Circuit affirmed the Final Written Decision.

**C.**     **DEFENDANTS' SECOND IPR (PTAB CASE NO. IPR2024-00370) (*INSTITUTION DENIED*)**

- On January 10, 2024, Defendants filed a Petition for *Inter Partes* Review of U.S. Patent No. 10,268,608.  The IPR is substantially similar to Samsung's IPR2023-00847.

- On January 10, 2024, Defendants also filed a Motion for Joinder to Samsung's IPR2023-00847.

- On July 23, 2024, the Board denied Defendants' IPR Petition and Motion for Joinder to Samsung's IPR2023-00847.

- On August 21, 2024, Defendants filed a Request for Director Review of the Board's decision, which was denied on October 8, 2024.

**D.**     ***EX PARTE* REEXAMINATION APPLICATION NO. 90/015,449 (*REEXAMINATION GRANTED*)**

- On August 14, 2025, a request for *Ex Parte* reexamination of U.S. Patent No. 10,268,608 was filed challenging all claims.

- On November 21, 2025 the Patent Office determined that a "substantial new question of patentability" was demonstrated and granted reexamination.

**III.**     **U.S. PATENT NO. 10,489,314 (PTAB CASE NOS. IPR2022-00744 AND IPR2022-00745) (*FINAL WRITTEN DECISIONS ISSUED*)**

- On March 30, 2022, Defendants filed two Petitions for *Inter Partes* Review of U.S. Patent No. 10,489,314.

- On November 1, 2022, the Board granted the Petitions and trial was instituted.

- On February 7, 2023, Plaintiff submitted its Patent Owner's Response.

- On May 5, 2023, Defendants submitted their Reply to Patent Owner's Response.

3

– On June 16, 2023, Plaintiff submitted its Sur-Reply to Defendants Reply to Patent Owner's Response.

– On August 15, 2023, Oral Argument for the proceedings was held.

– On October 30, 2023, the Board issued two Final Written Decisions determining no challenged claims unpatentable in either of the IPR proceedings.

– The Federal Circuit docketed Micron's appeal in consolidated CAFC Case Nos. 24-1312 (Lead) and 24-1313.

– On February 20, 2026, the Federal Circuit affirmed the Board's Final Written Decisions.

Dated: July 29, 2026

/s/ Michael Harbour
Kelly Ransom
State Bar No. 24109427
KELLY HART HALLMAN LLP
303 Colorado, Suite 2000
Austin, TX 78701
(512) 495-6400
kelly.ransom@kellyhart.com

Michael Harbour (*pro hac vice*)
mharbour@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010

**Attorneys for Plaintiff
Netlist, Inc.**

Respectfully Submitted,

/s/ Michael R. Rueckheim
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@kslaw.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@kslaw.com
KING & SPALDING LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
Telephone: (214) 764-4600
Facsimile: (214) 764-4601

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Juan C. Yaquian
*Pro Hac Vice*
State Bar No. 24110559
JYaquian@kslaw.com
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100

Houston, TX 77002-5213
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

***Attorneys for Defendants
Micron Technology, Inc.,
Micron Semiconductor Products,
Inc., and Micron Technology Texas,
LLC***

5

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on the 29th day of July 2026.

*/s/ Michael R. Rueckheim*